## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIANA PAICE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALDEYRA THERAPEUTICS, INC., TODD C. BRADY, JOSHUA REED, and BRUCE GREENBERG,<br><br>Defendants. | Case No. 1:23-cv-11737-DJC |

## [~~PROPOSED~~] ORDER

Having considered the Motion of Joseph Lombard for Appointment as Lead Plaintiff and Approval of Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Joseph Lombard as Lead Plaintiff; and

3.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Glancy Prongay & Murray LLP as Lead Counsel and O'Connor, Carnathan & Mack, LLC as Liaison Counsel for the class.


IT IS SO ORDERED.


Dated: ___November 1___, 2023

_Denise J. Casper_
_____
HON. DENISE J. CASPER
UNITED STATES DISTRICT JUDGE