UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**JULIANA PAICE, ET AL**

V.                                                          CIVIL ACTION NO. **23-11737-DJC**

**ALDEYRA THERAPEUTICS, ET AL**

**ORDER OF DISMISSAL**

CASPER, D.J.

In accordance with the Memorandum and Order dated March 14, 2025, the Court Orders that Defendants' Motion to Dismiss is Allowed and the above-entitled action be and hereby is DISMISSED.

March 14, 2025                                                      /s/ Lisa M. Hourihan
                                                                             Deputy Clerk